IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera     Date: January 28, 2013
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-02832-RBJ

*Parties*:                          *Counsel*:

SCOTT CANTOR,                       Leif Garrison
                                    Steve Berman
    Plaintiff,                      Karl Barth

v.

GOLD RESOURCE CORPORATION,          Gregory Kerwin
WILLIAM W. REID,                    Allison Kostecka
JASON D. REID,                      Jessica Brown

    Defendants,

NITESH BANKER,

    Movant.

**COURTROOM MINUTES**

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     8:02 a.m.**

Appearances of counsel. Plaintiff's counsel appears by phone.

Discussion regarding Nitesh Banker's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel; Memorandum of Law in Support Thereof [20].

Discussion regarding setting a settlement conference.

**ORDERED:**  Nitesh Banker's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel; Memorandum of Law in

                Support Thereof [20] is GRANTED.

**ORDERED:** Plaintiff to file an amended complaint no later than **February 4, 2013.**

**ORDERED:** Defendant to file either an answer to the amended complaint or a Motion to Dismiss no later than **March 4, 2013.** Response deadline is **March 18, 2013.** Reply deadline is **April 1, 2013.** The motion and response are limited to 20 pages in length. The reply is limited to 10 pages in length.

**ORDERED:** <u>**ORAL ARGUMENT HEARING**</u> was set May 9, 2013 at 1:30 p.m. during the hearing. However, the parties later contacted chambers and agreed to change the date to **April 29, 2013 at 9:00 a.m.**

**ORDERED:** **FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** set **December 18, 2013 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should exchange jury instructions and confer in advance of this proceeding.**

**ORDERED:** A ten day <u>**JURY TRIAL**</u> is set **January 27, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Judge Jackson as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

HEARING CONCLUDED.
**Court in recess:**     **8:20 a.m.**
Total time in court:     00:18