IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02832-RBJ

SCOTT CANTOR, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID, and
JASON D. REID,

    Defendants.

and

Civil Action No. 12-cv-02971-RBJ

ROBERT D. RHODES, on behalf of all others similarly situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID,
JASON D. REID,
DAVID C. REID, and
BRADLEY J. BLACKETOR,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **ten-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 27, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **December 18, 2013 at 8:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

Oral argument regarding motions to dismiss is set for **April 29, 2013 at 9:00 a.m.** for one half day.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 29th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge