**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-02832-RBJ

SCOTT CANTOR, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID and
JASON D. REID,

    Defendants.

---

Civil Action No. 1:12-cv-02971-RBJ

ROBERT D. RHODES, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

v.

GOLD RESOURCE CORPORATION,
WILLIAM W. REID,
JASON D. REID,
DAVID C. REID and
BRADLEY J. BLACKETOR,

    Defendants.

---

**ORDER EXTENDING DEFENDANTS' DEADLINE TO MOVE, ANSWER, OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

    This matter comes before the Court on Defendants' Amended Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint [Docket #18 in case 12-cv-02971-RBJ]. Having reviewed the Motion and finding good cause for the requested extension,

    It is Hereby Ordered as follows:

1. Defendants' Motion is Granted;
2. The Court Vacates the current December 17, 2012 and January 28, 2013 deadlines for Defendants to respond to the Complaint. Pending further orders from this Court, Defendants shall move, answer, or otherwise respond to the Complaint on or before February 15, 2013.

DATED this 30th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge