IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: April 29, 2013 |
| Court Reporter: Kara Spitler | |

Civil Action No. 12-cv-02832-RBJ (Consolidated with 12-cv-02971-RBJ)

| *Parties*: | *Counsel*: |
|---|---|
| NITESH BANKER, | Steve Berman |
| SCOTT CANTOR, On Behalf of Himself | Karl Barth |
| and All Others Similarly Situated, and | |
| ROBERT D. RHODES, On Behalf of | |
| Himself and All Others Similarly Situated, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| GOLD RESOURCE CORPORATION, | Peter Wald |
| WILLIAM W. REID, | Matthew Rawlinson |
| JASON D. REID, | Gregory Kerwin |
| DAVID C. REID, and | Allison Kostecka |
| BRADLEY J. BLACKETOR, | Jessica Browne |
| | |
| Defendants. | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

**9:11 a.m.    Court in session.**

Appearances of counsel.

9:13 a.m.    Argument by Mr. Wald as to the Defendants' Motion to Dismiss Plaintiff's First Amended and Consolidated Class Action Complaint for Violation of the Federal Securities Laws.

9:54 a.m.    Response by Mr. Berman.

10:18 a.m.	Rebuttal by Mr. Wald.

**ORDERED:**	Defendants' Motion to Dismiss Plaintiff's First Amended and Consolidated Class Action Complaint for Violation of the Federal Securities Laws [Doc. No. 35, filed March 4, 2013] is TAKEN UNDER ADVISEMENT.

**10:21 a.m.	Court in recess.**

Hearing concluded.

Total time:	1:10